THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
Michael J. Karlin (SBN 272442)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com
mike@karlinlaw.com

Attorneys for Defendants:
Monterey Park Restaurant Properties, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VICTORINO CASTILLO, an individual; | Case No. 2:17-cv-06809 |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| vs. | |
| MARIE CALLENDER'S, A BUSINESS FORM UNKNOWN; MONTEREY PARK RESTAURANT PROPERTIES, LLC A LIMITED LIABILITY COMPANY; DOES 1-5 INCLUSIVE, | Trial Date:  None Set |
| Defendants. | |

STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

parties hereto that this action may be dismissed with prejudice as to all parties; each party

1

to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has

been resolved to the satisfaction of all parties.

Dated:  October 6, 2017

By: /s/ Victorino Castillo
Victorino Castillo, Plaintiff in Pro Per

Dated: October 6, 2017          THE KARLIN LAW FIRM LLP

By:  /s/ Michael J. Karlin
Michael J. Karlin
Attorney for Defendant Monterey Park
Restaurant Properties

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Victorino Castillo,

Plaintiff in Pro Per, and that I have obtained Mr. Castillo's authorization to affix his

electronic signature to this document.

By:  /s/ Michael J. Karlin
Michael J. Karlin