JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO CASTILLO, | Case No. CV 17-6809-GW(AGRx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| MARIE CALLENDAR'S, et al., | |
| Defendants. | |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

     IT IS SO ORDERED.

Dated: October 23, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE